**Order entered September 1, 2020**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01524-CV**

**LYNDON SOUTHERN INSURANCE COMPANY, Appellant**

**V.**

**W. PARNELL, LLC, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-14463**

**ORDER**

Before the Court is appellee's August 31, 2020 second motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **September 8, 2020**.

/s/    KEN MOLBERG
         JUSTICE